No. 96–7659.  AZUBUKO v. FIRST NATIONAL BANK OF BOSTON ET AL., *ante*, p. 1127;

No. 96–7704.  WELKY v. MAKOWSKI, WARDEN, ET AL., 519 U. S. 1156; and

No. 96–8029.  VISINTINE v. UNITED STATES, *ante*, p. 1150.  Petitions for rehearing denied.

## MAY 1, 1997

No. 96–1552.  UPJOHN CO. v. AMBROSINI ET AL.  C. A. D. C. Cir.  Certiorari dismissed under this Court's Rule 46.1.  ■

No. 96–8858 (A–777).  IN RE HILL.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

No. 96–8857 (A–776).  HILL v. ALABAMA.  Ct. Crim. App. Ala. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

## MAY 6, 1997

No. 96–8891 (A–788).  IN RE WASHINGTON.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

## MAY 12, 1997

No. 96–7167.  LARSON v. WISCONSIN.  Ct. App. Wis.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Cer-